

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | Civ. 06-4239 |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL |
| SIOUX EQUIPMENT CORPORATION, a South Dakota corporation; STATE OF SOUTH DAKOTA PETROLEUM RELEASE COMPENSATION FUND; AMERON INTERNATIONAL CORPORATION, WILLISTON, INC., and MID-CONTINENT CASUALTY COMPANY, | |
| Defendants. | |

James C. Roby, and Green, Roby, Oviatt, Cummings & Linngren, counsel for Defendant Williston, Inc., stipulates and agrees the Court may enter its Judgment of Dismissal, dismissing this action without prejudice of Plaintiff's right to initiate the case in Circuit Court, State of South Dakota.

The Judgment of Dismissal may also provide that no costs are awarded to any party and may be entered in the form attached hereto.

Dated this 14th day of March, 2007.

GREEN, ROBY, OVIATT, CUMMINGS
& LINNGREN

By _____
James C. Roby
816 South Broadway
P.O. Box 1600
Watertown, SD 57201
(605) 886-5812