UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
APR 10 2007

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) ) | Civ. 06-4239 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SIOUX EQUIPMENT CORPORATION, a South Dakota corporation; STATE OF SOUTH DAKOTA PETROLEUM RELEASE COMPENSATION FUND; AMERON INTERNATIONAL CORPORATION, WILLISTON, INC., and MID-CONTINENT CASUALTY COMPANY, Defendants. | ) ) ) ) ) ) ) ) ) ) | STIPULATION FOR DISMISSAL |

Thomas M. Frankman, and Davenport, Evans, Hurwitz & Smith, counsel for Defendant Ameron International Corporation, stipulates and agrees the Court may enter its Judgment of Dismissal, dismissing this action without prejudice of Plaintiff's right to initiate the case in Circuit Court, State of South Dakota.

The Judgment of Dismissal may also provide that no costs are awarded to any party and may be entered in the form attached hereto.

Dated this 3rd day of ~~March~~ April, 2007.

DAVENPORT, EVANS, HURWITZ & SMITH

By _/s/ Sandra Hanson_
Sandra Hoglund Hanson
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
(605) 336-2880