**FILED**

APR 1 2 2007

[signature] CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) ) | Civ. 06-4239 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGMENT OF DISMISSAL |
| SIOUX EQUIPMENT CORPORATION, a South Dakota corporation; STATE OF SOUTH DAKOTA PETROLEUM RELEASE COMPENSATION FUND; AMERON INTERNATIONAL CORPORATION, WILLISTON, INC., and MID-CONTINENT CASUALTY COMPANY, Defendants. | ) ) ) ) ) ) ) ) ) ) | |

Upon Stipulations of all parties to this action, good cause appearing therefore,

**IT IS ORDERED, ADJUDGED AND DECREED:**

That this action, be, and hereby is, dismissed without prejudice to Plaintiff's right to re-initiate the action in South Dakota Circuit Court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED:**

That each party shall bear their own costs.

Dated: April 11, 2007.

BY THE COURT:

_____
U.S. District Court Judge

ATTEST:
Joseph Haas, Clerk
By _Sharon Lowry_, Deputy
(SEAL)